BENJAMIN B. WAGNER
United States Attorney
YOSHINORI H. T. HIMEL #66194
Assistant United States Attorney
Eastern District of California
501 I Street, Suite 10-100
Sacramento, California 95814-2322
Telephone: (916) 554-2760
Facsimile: (916) 554-2900
email: yoshinori.himel@usdoj.gov

Attorneys for Petitioner United States of America

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>DENNIS JOHNS,<br><br>　　　　Respondent. | **VERIFIED PETITION TO ENFORCE INTERNAL REVENUE SERVICE SUMMONS**<br><br>**TAXPAYER: DENNIS JOHNS** |

　　　　Petitioner, the UNITED STATES OF AMERICA, by its attorney, BENJAMIN B. WAGNER, United States Attorney for the Eastern District of California, alleges:

## A. JURISDICTION

　　　　1.　　Subject matter jurisdiction of this proceeding is given by 28 U.S.C. Sections 1340 (actions under the internal revenue laws) and 1345 (proceedings by the United States). Under I.R.C. Sections 7402(b) and 7604(a), the United States Attorney has been authorized to bring this proceeding for judicial enforcement of Internal Revenue Service summonses.

## B. PARTIES

　　　　2.　　By personal knowledge and knowledge of applicable procedures, MICHAEL J. PAPASERGIA is a duly commissioned Revenue Officer employed in the

1  Small Business/Self-Employed Division, California Area, Internal Revenue Service.  He
2  is authorized to issue an Internal Revenue Service summons under Internal Revenue Code
3  Section 7602 (26 U.S.C.), Treasury Regulation Section 301.7602-1, 26 C.F.R. Section
4  301.7602-1, and Internal Revenue Service Delegation Order No. 4 (as revised).

5       3.    By knowledge of the investigation, the respondent, DENNIS JOHNS,
6  resides at 2812 Rembach Avenue, Bodfish, California 93205-9670, within the jurisdiction
7  of this Court.

8       4.    By personal knowledge, petitioning Revenue Officer  MICHAEL J.
9  PAPASERGIA is conducting an investigation of DENNIS JOHNS, to collect Form 1040
10 delinquent taxes for the tax years ending December 31, 2003, December 31, 2004,
11 December 31, 2005, December 31, 2006, and December 31, 2007.  The assessed balance
12 as of May 2, 2012, is approximately $31,656.12.

13      5.    On information and belief, the respondent, DENNIS JOHNS, is in
14 possession and control of testimony, books, records, papers, and other data that may shed
15 light on the matters to be ascertained in the above-described investigation.

16      6.    By personal knowledge, on February 23, 2012, Revenue Officer
17 MICHAEL J. PAPASERGIA issued an Internal Revenue Service summons directing the
18 respondent, DENNIS JOHNS, to appear before the Revenue Officer on March 21, 2012,
19 at the hour of 10:00 a.m., at 4825 Coffee Rd., Bakersfield, California, to testify and to
20 produce for examination the books, records, papers and other data described in the
21 summons.

22      7.    By personal knowledge, on February 24, 2012,  Revenue Officer
23 MICHAEL J. PAPASERGIA left an attested copy of the summons at respondent's last
24 and usual place of abode by taping the summons to the respondent's front door.  By
25 personal knowledge and knowledge of the investigation, an accurate copy of  the
26 summons has been supplied for attachment hereto as <u>Exhibit A</u> to the petition.  This
27 Exhibit is hereby adopted by reference.

28

8. By personal knowledge, respondent, DENNIS JOHNS, did not appear on March 21, 2012, or otherwise respond to the summons by phone or in writing.  DENNIS JOHNS has not appeared before Revenue Officer Papasergia as required by the summons.

9. By personal knowledge, respondent's above-described failure to comply with the summons continues to date.

10. By knowledge of the investigation, the testimony, books, records, papers and other data sought by the summons are not already in possession of the Internal Revenue Service.

11. By personal knowledge and knowledge of the investigation, the testimony and the books, records, papers and other data sought by the summons are necessary for the investigation of DENNIS JOHNS,  to collect Form 1040 delinquent taxes for the tax years ending December 31, 2003, December 31, 2004, December 31, 2005, December 31, 2006, and December 31, 2007.

12. By personal knowledge and knowledge of applicable procedures, all administrative steps required by the Internal Revenue Code of 1986 for the issuance of the summons have been taken.

WHEREFORE, petitioner respectfully prays:

1. That this Court enter an order directing respondent, DENNIS JOHNS, to show cause, if any, why respondent should not comply with and obey the summons and each and every requirement thereof;

2. That this Court enter an order directing respondent, DENNIS JOHNS, to obey the aforementioned Internal Revenue Service summons and each and every requirement thereof, by ordering the respondent's attendance, testimony, and production of the books, records, papers and other data required and called for by the terms of the summons, before Revenue Officer MICHAEL J. PAPASERGIA or any other proper officer or employee of the Internal Revenue Service;

3. That the United States recover its costs in maintaining this action; and

4. That this Court grant such other and further relief as is just and proper.

Date: July 25, 2012                                BENJAMIN B. WAGNER
                                                   United States Attorney


                                           By:     */s/ Yoshinori H. T. Himel*
                                                   YOSHINORI H. T. HIMEL
                                                   Assistant United States Attorney

# VERIFICATION BY REVENUE OFFICER MICHAEL J. PAPASERGIA

Revenue Officer MICHAEL J. PAPASERGIA, pursuant to 28 U.S.C. § 1746 (a), verifies as follows:

1. I am the investigating Revenue Officer in this case.
2. Regarding the numbered paragraphs in this petition except for paragraph 1:
   a. If an allegation in those paragraphs is labeled "by personal knowledge," it is a matter that I know to be true from my own personal knowledge.
   b. If an allegation in those paragraphs is labeled "by knowledge of applicable procedures," it is a matter that I know to be true from my knowledge of Internal Revenue Service procedures.
   c. If an allegation in those paragraphs is labeled "by knowledge of the investigation," it is a matter of which I have been informed by oral or written communication within the investigation in suit, and it accords with my understanding of the facts of the case.
   d. If an allegation in that section is labeled "on information and belief," it is a matter of which I do not necessarily have personal knowledge, but it accords with my understanding of the facts of the case.

I verify under penalty of perjury that the foregoing is true and correct. Executed on July 18, 2012.

_____
MICHAEL J. PAPASERGIA
Revenue Officer
Internal Revenue Service

Page 1 of 1



# Summons

## Collection Information Statement

**In the matter of** DENNIS JOHNS, 2812 REMBACH AVE, BODFISH, CA 93205-9670
**Internal Revenue Service** *(Identify Division)* SMALL BUSINESS/SELF EMPLOYED
**Industry/Area** *(Identify by number or name)* SB/SE AREA 7 (27)
**Periods:** See Attachment 1 to Summons Form 6637 for Period Information

### The Commissioner of Internal Revenue

**To:** DENNIS JOHNS
**At:** 2812 REMBACH AVE, BODFISH, CA 93205-9670

You are hereby summoned and required to appear before MICHAEL J PAPASERGIA, an Internal Revenue Service *(IRS)* officer, to give testimony and to bring for examination the following information related to the collection of the tax liability of the person identified above for the periods shown:

All documents and records you possess or control regarding assets, liabilities, or accounts held in the taxpayer's name or for the taxpayer's benefit which the taxpayer wholly or partially owns, or in which the taxpayer has a security interest. These records and documents include but are not limited to: all bank statements, checkbooks, canceled checks, saving account passbooks, records or certificates of deposit for the period:

From 01/01/2011 To 12/31/2011

Also include all current vehicle registration certificates, deeds or contracts regarding real property, stocks and bonds, accounts, notes and judgments receivable, and all life or health insurance policies.

IRS will use this information to prepare a Collection Information Statement. We have attached a blank statement to guide you in producing the necessary documents and records.

**Do not write in this space**

Business address and telephone number of IRS officer before whom you are to appear:

4825 COFFEE RD., BAKERSFIELD, CA 93308 (661) 328-4327

Place and time for appearance: At 4825 COFFEE RD., BAKERSFIELD, CA 93308



on the 21st day of March, 2012 at 10:00 o'clock a m.

Issued under authority of the Internal Revenue Code this 23rd day of February, 2012

Department of the Treasury
Internal Revenue Service
www.irs.gov
Form 6637 (Rev.10-2010)
Catalog Number 25000Q

MICHAEL J PAPASERGIA
*Signature of issuing officer*

REVENUE OFFICER
*Title*

*Signature of approving officer (if applicable)*

*Title*

**Original --** to be kept by IRS

EXHIBIT A   page 1 of 3



# Certificate of Service of Summons

(Pursuant to section 7603, Internal Revenue Code)

I certify that I served the summons shown on the front of this form on:

Date: 2-24-2012  Time: 12:15

**How Summons Was Served**

☐ I handed an attested copy of the summons to the person to whom it was directed.

☒ I left an attested copy of the summons at the last and usual place of abode of the person to whom it was directed. I left the copy with the following person (if any).

In sealed envelope attached to door w/ tape

Signature: [signed]  Title: Summons off[icer]

I certify that the copy of the summons served contained the required certification.

Signature: [signed]  Title: [signed]

Catalog No. 25000Q  Form 6637 (Rev. 10-2010)

EXHIBIT A   page 2 of 3



**Attachment 1 to Summons Form 6637**

In the matter of **DENNIS JOHNS**

Period information: Form 1040 for the calendar periods ending December 31, 2003, December 31, 2004, December 31, 2005, December 31, 2006 and December 31, 2007

**EXHIBIT A   page 3 of 3**